[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 05-14230

_____

FILED
U.S. COURT OF APPEALS
ELEVENTH CIRCUIT
June 27, 2006
THOMAS K. KAHN
CLERK

D. C. Docket No. 04-00156-CV-FTM-29-DNF

MEDICAL SAVINGS INSURANCE COMPANY,

                                                    Plaintiff-Appellant,

versus

HCA, INC.,
HCA HEALTH SERVICES OF FLORIDA, INC.,
LEE MEMORIAL HEALTH SYSTEMS, INC.,
et al.,

                                                    Defendants-Appellees,

LEE MEMORIAL HOSP., et al.,

                                                    Defendants.

_____

Appeal from the United States District Court
for the Middle District of Florida

_____

**(June 27, 2006)**

Before BLACK, PRYOR  and COX, Circuit Judges.

PER CURIAM:

After careful consideration of the record and the written and oral arguments presented by all parties, we **affirm** based on the well-reasoned opinion of the district court.